# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| RAMPART ASSET MANAGEMENT LLC, § | |
| § | Case No. 6:21-cv-1294-ADA |
| Plaintiff, § | |
| § | **JURY TRIAL DEMANDED** |
| v. § | |
| § | |
| NXP SEMICONDUCTORS N.V., NXP § | |
| B.V., NXP SEMICONDUCTORS USA, § | |
| INC., and NXP USA, § | |
| § | |
| Defendants. § | |

## JOINT MOTION FOR ENTRY OF PROTECTIVE ORDER

Plaintiff Rampart Asset Management LLC ("Plaintiff") and Defendants NXP Semiconductors N.V., NXP B.V., NXP Semiconductors USA, Inc., and NXP USA ("Defendants") file this Joint Motion for Entry of Protective Order and respectfully requests the Court enter a protective order in the form attached hereto.

Dated:  October 19, 2022                Respectfully submitted,

                                                                                     /s/ *Peter Lambrianakos*
Raymond W. Mort, III
Texas Bar No. 00791308
Email: raymort@austinlaw.com
**THE MORT LAW FIRM, PLLC**
100 Congress Avenue, Suite 2000
Austin, Texas 78701
Tel/Fax: 512-865-7950

*OF COUNSEL*:

Alfred R. Fabricant (*pro hac vice* to be filed)
NY Bar No. 2219392
Email: ffabricant@fabricantllp.com
Peter Lambrianakos (Admitted *pro hac vice*)
NY Bar No. 2894392

Email: plambrianakos@fabricantllp.com
Vincent J. Rubino, III (*pro hac vice* to be filed)
NY Bar No. 4557435
Email: vrubino@fabricantllp.com
**FABRICANT LLP**
411 Theodore Fremd Avenue, Suite 206 South
Rye, New York 10580
Telephone: (212) 257-5797
Facsimile: (212) 257-5796

**ATTORNEYS FOR PLAINTIFF**
**RAMPART ASSET MANAGEMENT LLC**

<u>*/s/ Bradley D. Coburn (with permission)*</u>
Bradley D. Coburn
Texas State Bar No. 24036377
Barry K. Shelton
Texas State Bar No. 24055029
**WINSTON & STRAWN LLP**
2121 N. Pearl Street, Suite 900
Dallas, Texas 75201
Email: bcoburn@winston.com
Email: bshelton@winston.com
(214) 453-6402 (Telephone)
(214) 453-6400 (Facsimile)

William Logan
Texas State Bar No. 24106214
**WINSTON & STRAWN LLP**
800 Capitol St., Ste 2400
Houston, TX 77002
Email: wlogan@winston.com
(713) 651-2600 (Telephone)
(713) 651-2700 (Facsimile)

***ATTORNEYS FOR DEFENDANTS***
***NXP SEMICONDUCTORS N.V., NXP B.V.,***
***NXP SEMICONDUCTORS USA, INC., and***
***NXP USA, INC.***

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 19, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing via electronic mail to all counsel of record.

*/s/ Peter Lambrianakos*
Peter Lambrianakos