IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| RAMPART ASSET MANAGEMENT LLC,<br><br>        Plaintiff<br><br>   v.<br><br>NXP USA, INC. et al.,<br><br>        Defendants. | Civil Action No.: 6:21-cv-1294-ADA<br><br>JURY TRIAL DEMANDED<br><br>PATENT CASE |

**JOINT STIPULATION AND MOTION TO EXTEND CASE DEADLINE**

Plaintiff Rampart Asset Management LLC ("Plaintiff") and the NXP defendants ("Defendants") file this Joint Stipulation and Motion to Extend Case Deadline.

The Parties respectfully request that the Court extend the existing January 23, 2023 Deadline to Serve Final Infringement and Invalidity Contentions to February 24, 2023 as set forth in the Proposed Order filed herewith. No other existing case deadlines are affected by the relief requested.

Dated: January 10, 2023

/s/ Bradley D. Coburn
Barry K. Shelton
Texas Bar No. 24055029
Bradley D. Coburn
Texas Bar No. 24036377
WINSTON & STRAWN LLP
2121 N. Pearl Street, Suite 900
Dallas, TX 75201
bshelton@winston.com
bcoburn@winston.com
Tel: (512) 453-6402
Fax: (214) 453-6400

William M. Logan
Texas Bar No. 24106214
WINSTON & STRAWN LLP
800 Capitol Street, Suite 2400
Houston, Texas 77002
wlogan@winston.com
Tel: (713) 651-2600
Fax: (713) 651-2700

***Counsel for NXP Defendants***

 /s/ Peter Lambrianakos
Raymond W. Mort, III
Texas Bar No. 00791308
Email: raymort@austinlaw.com
**THE MORT LAW FIRM, PLLC**

100 Congress Avenue, Suite 2000
Austin, Texas 78701
Tel/Fax: 512-865-7950

*OF COUNSEL*:

Alfred R. Fabricant (*pro hac vice* to be filed)
NY Bar No. 2219392
Email: ffabricant@fabricantllp.com
Peter Lambrianakos (*pro hac vice* to be filed)
NY Bar No. 2894392
Email: plambrianakos@fabricantllp.com
Vincent J. Rubino, III (*pro hac vice* to be filed)
NY Bar No. 4557435
Email: vrubino@fabricantllp.com
**FABRICANT LLP**
411 Theodore Fremd Avenue, Suite 206 South
Rye, New York 10580
Telephone: (212) 257-5797
Facsimile: (212) 257-5796

**ATTORNEYS FOR PLAINTIFF
RAMPART ASSET MANAGEMENT LLC**

## CERTIFICATE OF CONFERENCE

Pursuant to Local Rule CV-7(g), the undersigned hereby certifies that between January 9, 2023, and January 10, 2023, counsel for the parties conferred by email and are in agreement with respect to the foregoing stipulation and request for extension of case deadline.

*/s/ Bradley D. Coburn*
Bradley D. Coburn

## CERTIFICATE OF SERVICE

Pursuant to the Federal Rules of Civil Procedure and Local Rule CV-5, I hereby certify that, on January 10, 2023, all counsel of record who have appeared in this case are being served with a copy of the foregoing via the Court's CM/ECF system.

*/s/ Bradley D. Coburn*
Bradley D. Coburn